IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY CRUZ,**

**Plaintiff,**

**v.**

**DARDEN RESTAURANTS, INC., et al.,**

**Defendant.**                                              **No. 09-657-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Stipulation of Dismissal with Prejudice filed by both the Plaintiff and Defendants (Doc. 25). Plaintiff, with the stipulation of Defendants, moves to dismiss his claims against Defendants Darden Restaurants, Inc. and GMRI, Inc., with prejudice with each party to bear its own costs. The Court, therefore, **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice** Plaintiff's claims against Defendants, with each party to bear its own costs. The Clerk to enter judgment accordingly.

      **IT IS SO ORDERED.**

      Signed this 7th day of April, 2010.

      /s/ David R. Herndon
      **Chief Judge**
      **United States District Court**