IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY CRUZ,**

    **Plaintiff,**

**v.**

**DARDEN RESTAURANTS, INC., et al,**

    **Defendant.**                      **Case No. 09-CV-657-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court on Stipulation of Dismissal filed by both parties.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 7, 2010, this case is **DISMISSED**  with prejudice. Each party shall bear their own costs.

                                           **NANCY J. ROSENSTENGEL,**
                                           **CLERK OF COURT**


                                           **BY:**       **/s/*Sandy Pannier***
                                                            **Deputy Clerk**

Dated: April 7, 2010


APPROVED:  /s/ *David R Herndon*
                  CHIEF JUDGE
                  U. S. DISTRICT COURT